UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. GANESH
5:16-CR-00211-LHK

**Court Proceedings:** Competency Hearing, Thursday, September 21, 2017
**Location/Time in Court**: Courtroom 8, 2 hours and 26 minutes

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Plaintiff's Counsel:** Jeff Nedrow and Patrick Delahunty
**Defense Counsel for Vilasini Ganesh (1):** Daniel Horowitz

Defendant present and out of custody.

*See* attached hearing log.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:16-CR-00211-LHK**
Case Name: *United States of America v. Ganesh, et al.*

**HEARING LOG**

| **HEARING DATE:**<br>9/21/2017 | | **REPORTER(S):**<br>Lee-Anne Shortridge | **CLERK**:<br>Irene Mason |
|---|---|---|---|
| PLF | DEFTS | *TIME | DESCRIPTION |
| | | 2:06 PM | Competency hearing resumes. |
| W2 | | 2:07 PM | Government calls Dr. Anna Glezer. Dr. Glezer sworn. |
| DX | | 2:08 PM | Begin direct examination of Dr. Glezer by P. Delahunty. |
| | | 2:30 PM | Exhibit 3 shall be filed on public docket. |
| | | 2:32 PM | Exhibit 4 shall be filed on public docket. |
| CX | | 2:52 PM | Begin cross examination of Dr. Glezer by D. Horowitz. |
| | RDX | 3:30 PM | Begin redirect of Dr. Glezer by P. Delahunty. |
| | | 3:34 PM | Dr. Glezer's testimony concludes and is excused. |
| | | 3:35 PM | Recess taken. |
| | | 3:59 PM | Proceedings resume. Begin closing by P. Delahunty. |
| | | 4:13 PM | Begin closing by D. Horowitz. |
| | | 4:17 PM | The Court finds that Dr. Ganesh has not been forthright in at least 5 areas with the medical experts in order to foster the impression of being incompetent. |
| | | 4:20 PM | The Court finds Dr. Ganesh is not credible and not being honest. |
| | | 4:22 PM | The Court finds that Dr. Ganesh is malingering to manipulate the competency tests. |
| | | 4:23 PM | The Court finds that Dr. Ganesh has used her intelligence and medical expertise to manipulate competency findings. |
| | | 4:25 PM | The Court finds defendant's claims of limited to no understanding of the criminal proceedings is belied by her own email to Dr. Levinson. |
| | | 4:32 PM | The Court finds Dr. Levinson's expert report and testimony are internally inconsistent, not impartial and objective, and not credible. |
| | | 4:53 PM | The Court finds Dr. Levinson was not impartial, objective or credible. |
| | | 4:55 PM | **The Court finds Dr. Ganesh is competent to stand trial.** |
| | | 4:56 PM | Court adjourned. |
| | | | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |