DANIEL A. HOROWITZ Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549
(925) 283-1863

Attorney for Vilasni Ganesh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CR 16-00211 LHK** |
| Plaintiff, | |
| vs. | |
| VILASINI GANESH et al., | |
| Defendants. | |
| _____/ | |

**MOTION TO WITHDRAW**

**(Crim. L.R. 44-2(b))**

Defense counsel asks that he be allowed to withdraw as counsel for Vilasini Ganesh and that qualified private counsel be allowed to appear.  Alternatively, if no appearance of private counsel takes place, request is made for CJA counsel to be appointed.

**CR 16-00211 LHK**
**Motion to Withdraw**                                1

The basis for this request is that Dr. Ganesh has orally and in writing requested that counsel withdraw. There are two (UNSPECIFIED) conflicts that support this request.

Due to the issues above, counse is unable to provide Dr. Ganesh the defense that he believes the client deserves and will benefit from.   The attached declaration provides all the non-privileged information that counsel can provide.

## POINTS & AUTHORITIES

(2) A member shall not withdraw from employment until the member has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client, including giving due notice to the client, allowing time for employment of other counsel, complying with rule 3-700(D), and complying with applicable laws and rules.

**(California Rule of Professional Conduct 3-700 (A)(2))**

Harm to the client has been addressed to the best of counsel's present ability. As set forth in the Declaration of Daniel Horowitz, defense counsel has filed a proposed early sentencing brief that he believes outlines some of the important sentencing issues. Counsel has contacted USPO Kyle Pollak and set up an interview date of January 16, 2018 with the officer and Dr.Ganesh.  Counsel has instructed Dr. Ganesh to prepare the necessary preliminary paperwork for the meeting.  As further set forth in the declaration, counsel has met with Dr. Ganesh' brother and outlined for him many of the issues both factual and legal in this case.

Dated:  : December 19, 2017

                       //s//_____
                              Daniel Horowitz
                          Attorney for Vilasini Ganesh