United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　　　v.

VILASINI GANESH and
GREGORY BELCHER,

　　　　　Defendants.

Case No. 16-CR-00211-LHK

**ORDER DENYING DEFENDANT BELCHER'S EMERGENCY MOTION TO EXTEND TIME TO REPORT TO THE FEDERAL BUREAU OF PRISONS**

Re: Dkt. No. 429

Defendant Belcher's Emergency Motion to Extend Time to Report to the Federal Bureau of Prisons (ECF No. 429) is DENIED.

**IT IS SO ORDERED.**

Dated: May 21, 2018

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No. 16-CR-00211-LHK
ORDER DENYING DEFENDANT BELCHER'S EMERGENCY MOTION TO EXTENT TIME TO REPORT TO THE FEDERAL BUREAU OF PRISONS