LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
**Law Office of Lisa Rasmussen, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel.   (702) 471-1436
Fax.   (702) 489-6619
Email: Lisa@LRasmussenLaw.com

Attorneys for Defendant Gregory Belcher

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff ,<br><br>vs.<br><br>GREGORY BELCHER,<br><br>Defendant. | Case No.:  5:16-cr-211-LHK<br><br>**DECLARATION OF LISA REINSHAGEN** |

I, LISA REINSHAGEN, hereby declare under penalty of perjury of the laws of the United States pursuant to 28 USC §1764, as follows:

1. I am a resident of Curry County, Oregon and am otherwise competent to make this Declaration.

2. I previously worked for Southbay Oncology Hematology Partners for 30 years as a Senior Reimbursement Coordinator.  We worked with the electronic billing system TinyTerm.  In 2013, University Healthcare Alliance acquired Southbay and we started working with their system called EPIC. I am also proficient with Lytec medical practice management software and the Gateway claims processing and clearinghouse system and understand how those systems and software operate.

3. On March 25, 2018, I was asked to verify the accuracy of the data contained in a spreadsheet titled "38b – Copy of PIIDMS-24-923.xls," hereinafter referred to as spreadsheet 38b.

4. It is my understanding that spreadsheet 38b contains claims from Athem relating to provider Tax Identification Number (TIN): 942443758 (Kuhlman, Riley, Dewees (KRD)), 770516097 (Gregory Belcher) and 753147871 (Vilasni Ganesh).

5. I was specifically asked to review the spreadsheet 38b's explanation of benefits (EOB) by comparing the data on spreadsheet 38b to the database of information contained in Dr. Belcher's Lytec medical practice management system and the Gateway clearinghouse system.

6. I was later asked to extend my review to the following spreadsheets: 15B, 15C1, 37A-E, 39A-D, 40A-D and 42A-J. Attached as **Exhibit 1** is a Glossary of the contents of each of the above identified spreadsheets.

7. To explain generally how insurance claims are submitted by doctors, I have attached as **Exhibit 2** a tutorial on medical claim processing and electronic claims processing in the form of a PowerPoint presentation. To understand electronic submission of claims it is also necessary to understand the role of Lytec and Gateway. (*See* Exhibit 2, pp. 11-18.).

8. Lytec is practiced management software and the associated computer system that covers all aspects of a medical practice from comprehensive billing, scheduling and accounts receivable management to automatically recall tracking, document scanning and robust reporting information stored on the computer. Attached as **Exhibit 3** is a true and correct copy of a Lytec User Guide that describes the operation of Lytec Software and how it is used to process medical claims electronically.

9. Gateway (Trizetto Provider Solutions) is a clearinghouse system that accepts medical claims from practice management software such as Lytec and processes the claims for accuracy before clearing the claims for submission to insurance companies for payment. Claims and payment tracking information is retained by Gateway.

10. After a service has been provided to a patient, the provider will enter the relevant claims information into the Lytec software.

11. Once the necessary information has been input, Lytec will automatically generate a "claim" (also referred to as a CMS 1500 or HCFA Form). This claim is then electronically sent to the clearinghouse, also known as Gateway. The source of all information sent electronically to insurers for payment by Dr. Belcher is the Lytec practice management software.

12. Gateway will then make sure the claim is accurate and convert the data into ANSI format before sending it on to the insurer.

13. If the information on the HCFA Form is not accurate or is missing, the clearinghouse will not send the claim to the insurance company but instead stop processing the claim and make a report of the incorrect or missing information on the claim. The provider can then fix the problem identified and re-submit the claim.

14. When the insurer reimburses a claim submitted by a provider, the reimbursement information, including the amount paid, is sent to Gateway where it is stored.

15. On the other hand, payment of a claim must be manually posted on Lytec since Lytec does not automatically record payments like Gateway.

16. A provider is not able to change claims information submitted by a provider once the claim is stored in the Gateway system. If the claim contains inaccurate information the provider will re-submit the claim and the corrected claim is stored and processed.

- 3 -

The provider is not able to change any information maintained by Gateway and the Gateway system maintains logs that record all transactions. A provider is also not able to change any information in Gateway's system related to reimbursements and the date of the reimbursement.

17. Upon reviewing the claims information in the documents titled "source spreadsheets" it is my conclusion that the claims information on the spreadsheets are frequently wrong or incomplete when compared to claims information on Lytec and Gateway. Medical office staff and the biller inputs the demographic and billing information into the Lytec software. The Staff is trained to put the information in accurately because misspelled or missing information will result in the claim not being processed. Occasionally inaccurate claims will be forwarded to Gateway, but these claims are usually rejected by Gateway. Attached as **Exhibit 4** are true and correct copies of emails from representatives at TriZetto Provider Solutions (Gateway) explaining why claims information submitted to their Gateway system will be rejected and not sent on to insurance companies. Below is a general list of the various types of discrepancies that I found:

   a. There were patients listed on the spreadsheets that do not exist as patients for Belcher on Lytec/Gateway. In other words, there were no claims processed through Lytec/Gateway for the patient, yet the spreadsheet indicates otherwise. There were also instances where the patient was found in Lytec/Gateway but the claims on the spreadsheet do not match the data in Lytec/Gateway.

   b. Incorrect provider zip code. Because the provider's full address is programmed into Lytec and automatically included on each claim that is submitted there is no possibility that the wrong zip code would have been input

- 4 -

by the provider.  For claims that have a zip code other than the zip code used by Dr. Belcher or Dr. Ganesh or KRD, I cross checked the Lytec and Gateway systems and those systems do not have any claims utilizing zip code 95008. Belcher and Ganesh only used the 95070 zip code. It should also be noted that the zip code listed on the insurer spreadsheets is where the reimbursement claims would have been mailed.

c. Missing data such as "provider zip code" and "patient account number."  It would not be possible to electronically submit claims with such information missing via Lytec or Gateway.  This is because, at the very least, the provider zip code and patient account number is present on any claim created by Lytec which is then electronically sent to Gateway.  If these claims were somehow submitted without the provider zip code or the patient number the clearinghouse (Gateway) would reject the claim.  Thus, all electronically submitted claims would not have any missing data.

d. Amounts Paid Discrepancies.  The "amount paid" on several of the spreadsheets was inaccurate when compared with the claims information in Lytec and Gateway.  Sometimes the actual amount would be different between the spreadsheet and Lytec/Gateway.  Other times the spreadsheet would show a payment was made, but Lytec/Gateway had no record of any such payment recorded and vice versa.

e. The Gateway representative advised that Belcher never submitted any claims electronically using TIN 9424443757 or the name Kuhlman, Riley, Dewees (KRD) or the name Edward Dewees.  See the emails attached as **Exhibit4**.

f. Spreadsheet 15C1- Aetna- has 6217 claims of Dr. Borodoulin's practice.

- 5 -

(TIN: 320000859)  His medical practice address is 1600 E. Campbell Avenue, Campbell, CA  95008.

g. Spreadsheet 15C-2 – Aetna – has 6 claims of Dr. Dewees's practice.  (TIN: 942443757) His medical practice is also 1600 E. Campbell Avenue, Campbell, CA  95008.

h. Spreadsheet 38A – Anthem/Blue Cross- has all Dr. Dewees and Dr. Borodoulin's claims, with their TIN (320000859) and address 1600 Campbell Ave, Campbell, CA  95008.

i. Spreadsheet 37E – Aetna – has 77 claims from Dewees/Borodoulin's practice with their TIN 320000859 and address 1600 Campbell Ave, Campbell, CA 95008.

j. Spreadsheet 39C – Blueshield – has claims for Dewees with TIN 254582508 and the address 1600 E. Campbell Avenue, Campbell, CA 95008.

k. Spreadsheet 40D – Cigna- has Borodoulin claims, TIN 320000859, address 1600 Campbell Ave, Campbell, CA  95008.

l. Spreadsheet 42H – Optum/UHC- has Dewees claims with TIN 320000859 and the address 1600 Campbell Ave, Campbell, CA  95008.

Executed this ____ day of July, 2018, at Brookings, Oregon.

                                          See attached signature

                                        _____
                                        LISA REINSHAGEN

(TIN: 320000859) His medical practice address is 1600 E. Campbell Avenue, Campbell, CA 95008.

g. Spreadsheet 15C-2 – Aetna – has 6 claims of Dr. Dewees's practice. (TIN: 942443757) His medical practice is also 1600 E. Campbell Avenue, Campbell, CA 95008.

h. Spreadsheet 38A – Anthem/Blue Cross- has all Dr. Dewees and Dr. Borodoulin's claims, with their TIN (320000859) and address 1600 Campbell Ave, Campbell, CA 95008.

i. Spreadsheet 37E – Aetna – has 77 claims from Dewees/Borodoulin's practice with their TIN 320000859 and address 1600 Campbell Ave, Campbell, CA 95008.

j. Spreadsheet 39C – Blueshield – has claims for Dewees with TIN 254582508 and the address 1600 E. Campbell Avenue, Campbell, CA 95008.

k. Spreadsheet 40D – Cigna- has Borodoulin claims, TIN 320000859, address 1600 Campbell Ave, Campbell, CA 95008.

l. Spreadsheet 42H – Optum/UHC- has Dewees claims with TIN 320000859 and the address 1600 Campbell Ave, Campbell, CA 95008.

Executed this 20 day of July, 2018, at Brookings, Oregon.

_____
LISA REINSHAGEN