# EXHIBIT 1

# EXHIBIT 1

# GLOSSARY OF SPREADSHEETS ERRORS

**15C1**-AETNA Dr. Borodoulin's; Tax ID 320000859; 6217 claims/ address: 1600 E Campbell Ave., Campbell, Ca. 95008. **Note: This Provider, Tax ID, and address is not associated or found in Lytec. (These claims would not be processed).**

**15C2**-AETNA Dr. Dewees; Tax ID 942443757; 6 claims/ address: 1600 E Campbell Ave., Campbell, Ca. 95008. **Note: The Tax ID is linked to KRD/ not Dewees (These claims would not be processed); this address is not found in Lytec.**

**37E**-Provider Dewees; 71 claims; Tax ID: 320000859; address: 1600 E Campbell Ave., Campbell, Ca. 95008. **Note:   The Tax ID and address is not found in Lytec. (These claims would not be processed).**

**38A-**WELLPOINT ANTHEM/ NORIDIAN MEDICARE Provider Dewees/Campbell Family Practice; Tax ID: 320000859; Zip Code 95008 (some claims the zip code is missing); **Note:   The Tax ID and address is not found in Lytec; (These claims would not be processed).**

**38B**-ANTHEM Provider Dewees; Tax ID: 942443757; Zip Code 95070 (Zip Code missing for most claims); **Note: The Tax ID is linked to KRD/ not Dewees; There were patients listed on the spreadsheet that do not exist as patients for Belcher or Ganesh on Lytec/Gateway. Incorrect Zip Code or Missing Zip Codes would result in claims not being processed. The "amount paid" on the spreadsheet was often inaccurate when compared with claims information in Lytec and Gateway; sometimes the spreadsheet would show a payment was made but Lytec and Gateway had no record of it and vice versa. The cover sheet for 38B was a service date range 1/1/2007 to 9/10/2010. However, most of the claims with Dewees as a Provider had only service dates in 2005 and 2006 in Lytec. The significance is that Dewees was an employed as a Provider for Dr. Ganesh from 2004-2006. (Many of the claims in 38B would not be processed).**

**39A**-BLUESHIELD Provider is Dewees; Tax ID is 942443757; address is: 18805 Cox Ave., Saratoga, Ca. 95070. **Note: The Tax ID is linked to KRD/ not Dewees; These claims would not be processed.**

**39B**-BLUESHIELD Provider is Belcher; Tax ID is: 331609434; **Note: This is Dr. Belcher's Social Security number and Dr. Belcher <u>NEVER</u> used his Social Security number for Medical Billing. (These claims would not be processed).**

**39C**-BLUESHIELD Provider is Dewees; Tax ID is: 254582508; address is: 1600 E Campbell Ave., Campbell, Ca. **Note:   The Tax ID and address is not found in Lytec. (These claims would not be processed).**

**39D**-BLUESHIED-Provider is: Ganesh; Tax ID is 298961786; missing patient addresses (claims that are missing patient addresses would not be processed) **Note:   The Tax ID**

**is not found in Lytec. (These claims would not be processed).**

**40A**-CIGNA For Provider Belcher; address is: P.O. Box 742188, Los Angeles, Ca., **Note: This address is not found in Lytec; (these claims would not be processed with an unknown Provider address)**

**40B**-CIGNA Provider Ganesh; Tax ID 753147871; **Note: missing patient addresses (claims with missing patient addresses would not be processed).**

**40C**-CIGNA Provider Belcher; Tax ID is: 770516097; **Note: missing patient addresses (claims with missing patient addresses would not be processed).**

**40D**-CIGNA ProviderBorodoulin/CFP; Tax ID 320000859; address is: 1600 E Campbell Ave., Campbell, Ca. 95008. **Note: missing patient addresses (claims with missing patient addresses would not be processed); The Provider, Tax ID and address is not found in Lytec (These claims would not be processed).**

**42C** For Provider Dewees; Tax ID 320000859; address is 1600 E Campbell Ave., Campbell, Ca 95008. **Note:   The Tax ID and address is not found in Lytec. (These claims would not be processed).**

**42D** For Provider Dewees; Tax ID 320000859; address is 1600 E Campbell Ave., Campbell, Ca 95008. **Note:   The Tax ID and address is not found in Lytec. (These claims would not be processed).**

**42E** For Provider Dewees; Tax ID 320000859; address is 1600 E Campbell Ave., Campbell, Ca 95008. **Note:   The Tax ID and address is not found in Lytec.** For Provider Belcher; Tax ID 770516097; address is: 751 S Bascom Ave., San Jose, Ca.; **Note:   This address is not found in Lytec; (these claims would note be processed with an unknown Provider address)**

**42F** For Provider Dewees; Tax ID 320000859; address is 1600 E Campbell Ave., Campbell, Ca 95008. **Note:   The Tax ID and address is not found in Lytec.** For Provider Belcher; address is: 751 Bascom Ave., San Jose, Ca **Note:   This address is not found in Lytec; (These claims would not be processed).**

**42G** For Provider Dewees; Tax ID 320000859; address is 1600 E Campbell Ave., Campbell, Ca 95008. **Note:   The Tax ID and address is not found in Lytec.** For Provider Belcher; address is: 751 Bascom Ave., San Jose, Ca **Note:   This address is not found in Lytec; (These claims would not be processed).**

**42H** For Provider Dewees; Tax ID 320000859; address is 1600 E Campbell Ave., Campbell, Ca 95008. **Note:   The Tax ID and address is not found in Lytec. (These claims would not be processed).**

**42J** For Provider Dewees; Tax ID 320000859; address is 1600 E Campbell Ave., Campbell, Ca 95008. **Note:   The Tax ID and address is not found in Lytec. (These claims would not be processed).**