LISA A. RASMUSSEN, ESQ.
NV Bar No. 7491
CA Bar No 207026
Law Office of Lisa Rasmussen
601 South Tenth Street, Suite 100
Las Vegas, NV  89101
Tel. (702) 471-1436
Fax. (702) 489-6619
Email:  Lisa@LRasmussenLaw.com

Attorneys for Gregory Belcher

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR16-0211-LHK |
| Plaintiff, | **SUPPLEMENT TO MOTION FOR NEW TRIAL FILED BY DR. GREGORY BELCHER** |
| v. | |
| GREGORY BELCHER, | |
| Defendant. | |

Defendant Gregory Belcher, by and through his counsel, hereby files this Supplement to his Motion for New Trial (docket #490) filed on today's date.

This Supplement is being filed under seal because it contains confidential information regarding patients that cannot be publicly filed.  The Supplement consists of the following:

1.     Exhibit 1:   Supplemental Declaration of Lisa Reinshagen and Exhibit A thereto.

2.     Exhibit 2:    Sample of 2 1500 forms for Exhibit 15(c)(2)

3.     Exhibit 3:    Sample of 5 1500 forms for Exhibit 39(a)

1    Dated this 25th day of July, 2018.

2                                                Respectfully submitted,

3                                                    */s/ Lisa A. Rasmussen*

4                                                _____

5                                                LISA A. RASMUSSEN, ESQ.

6                                                Counsel for Dr. Gregory Belcher

7

8

9                          **<u>CERTIFICATE OF SERVICE</u>**

10         I HEREBY CERTIFY that I manually served a copy of the foregoing:

11   SUPPLEMENT TO GREGORY BELCHER'S MOTION FOR NEW TRIAL – FILED UNDER

12   SEAL- by Federal Express Overnight Mail Addressed to:

13

14   Jeffrey Nedrow and Patrick Delahunty
     United States Attorney's Office
15   150 Almaden Blvd. Suite 900
     San Jose, CA  95113
16

17   Wm. Michael Whelan, Jr.
     1000 Brannan Street, Suite 400
18   San Francisco, CA  94103

19

20         Dated:  7/25/18                          */s/ Lisa A. Rasmussen*

21                                                _____

22                                                Lisa A. Rasmussen, Esq

23

24

25

26

27

28

EXHIBIT   1

EXHIBIT   1

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
**Law Office of Lisa Rasmussen, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel.    (702) 471-1436
Fax.    (702) 489-6619
Email: Lisa@LRasmussenLaw.com

Attorneys for Defendant Gregory Belcher

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:  5:16-cr-211-LHK |
| Plaintiff , | |
| vs. | **SUPPLEMENTAL DECLARATION O F LISA REINSHAGEN** |
| GREGORY BELCHER, | |
| Defendant. | FILED  UNDER  SEAL |

I, LISA REINSHAGEN, hereby declare under penalty of perjury of the laws of the United States pursuant to 28 USC §1764, as follows:

1.  I am a resident of Curry County, Oregon and am otherwise competent to make this Declaration.

2.  Attached hereto as EXHIBIT A is a true and correct copy of the source database from Dr. Gregory Belcher's Lytec medical practice management software.

Executed this _____ day of July, 2018, at Brookings, Oregon.

See attached signature

_____
LISA REINSHAGEN

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
**Law Office of Lisa Rasmussen, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel.    (702) 471-1436
Fax.    (702) 489-6619
Email: Lisa@LRasmussenLaw.com

Attorneys for Defendant Gregory Belcher

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 5:16-cr-211-LHK |
| Plaintiff , | |
| vs. | **SUPPLEMENTAL DECLARATIONO F LISA REINSHAGEN** |
| GREGORY BELCHER, | FILED UNDER SEAL |
| Defendant. | |

I, LISA REINSHAGEN, hereby declare under penalty of perjury of the laws of the United States pursuant to 28 USC §1764, as follows:

1. I am a resident of Curry County, Oregon and am otherwise competent to make this Declaration.

2. Attached hereto as EXHIBIT A is a true and correct copy of the source database from Dr. Gregory Belcher's Lytec medical practice management software.

Executed this 23 day of July, 2018, at Brookings, Oregon.

_____
LISA REINSHAGEN

# EXHIBIT A

**Manual Filing Notification**

This filing was not e-filed for the following reason(s):

1. ☐ Unable to Scan Documents
2. ☐ Physical Object (please describe):
3. ☑ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
4. ☑ Item Under Seal in Criminal Case
5. ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)
6. ☐ Other (please describe):

# CONTAINS CONFIDENTIAL

# PATIENT DATA – FILE UNDER

# SEAL

# EXHIBIT 2

**Manual Filing Notification**

This filing was not e-filed for the following reason(s):

1. ☐ Unable to Scan Documents
2. ☐ Physical Object (please describe):
3. ☐ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
4. ☑ Item Under Seal in Criminal Case
5. ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)
6. ☐ Other (please describe):

# CONTAINS CONFIDENTIAL PATIENT DATA – FILE UNDER SEAL

# EXHIBIT 3

**Manual Filing Notification**

This filing was not e-filed for the following reason(s):

1. ☐ Unable to Scan Documents
2. ☐ Physical Object (please describe):
3. ☐ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
4. ☑ Item Under Seal in Criminal Case
5. ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)
6. ☐ Other (please describe):

# CONTAINS CONFIDENTIAL PATIENT DATA – FILE UNDER SEAL