LISA A. RASMUSSEN, ESQ.
NV Bar No. 7491
CA Bar No 207026
Law Office of Lisa Rasmussen
601 South Tenth Street, Suite 100
Las Vegas, NV  89101
Tel. (702) 471-1436
Fax. (702) 489-6619
Email:  Lisa@LRasmussenLaw.com

Attorneys for Gregory Belcher

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR16-0211-LHK |
| Plaintiff, | ***ERRATA* TO MOTION FOR NEW TRIAL (Docket #490)** |
| v. | |
| GREGORY BELCHER, | |
| Defendant. | |

Defendant Gregory Belcher, by and through his counsel, submits the following errata to correct some minor errors in his Motion for New Trial:

1. Page 5, line 5:    HCPA Form should read HCFA

2. Page 5, line 10:  HCPA Form should read HCFA

3. Page 5, line 10:  "is no accurate" should read "is <u>not</u> accurate"

4. Page 6, line 12:  The tax ID listed is 770516097, should be:  942443757.

The undersigned apologizes for the errors.

Dated this 26th day of July, 2018.

             Respectfully submitted,

             */s/ Lisa A. Rasmussen*

|   |   |
|---|---|
| 1 | _____ |
| 2 | LISA A. RASMUSSEN, ESQ. |
| 3 | Counsel for Dr. Gregory Belcher |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I manually served a copy of the foregoing:

ERRATA TO MOTION FOR NEW TRIAL

Via CM/ECF to the following persons registered to receive electronic filing in this case on this 26th day of July, 2018.

Jeffrey David Nedrow    jeff.nedrow@usdoj.gov

Patrick Richard Delahunty    patrick.delahunty@usdoj.gov

Wm. Michael Whelan, Jr.    whelanlaw@gmail.com

Dated: 7/26/18                                         */s/ Lisa A. Rasmussen*

_____

Lisa A. Rasmussen, Esq