LISA A. RASMUSSEN, ESQ.
NV Bar No. 7491
CA Bar No 207026
Law Office of Lisa Rasmussen
601 South Tenth Street, Suite 100
Las Vegas, NV 89101
Tel. (702) 471-1436
Fax. (702) 489-6619
Email: Lisa@LRasmussenLaw.com

Attorneys for Gregory Belcher

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR16-0211-LHK |
| Plaintiff, | **SUPPLEMENT TO MOTION FOR NEW TRIAL FILED BY DR. GREGORY BELCHER** |
| v. | |
| GREGORY BELCHER, | |
| Defendant. | |

Defendant Gregory Belcher, by and through his counsel, hereby files this Supplement to his Motion for New Trial (docket #490) filed on today's date.

This Supplement is being filed under seal because it contains confidential information regarding patients that cannot be publicly filed. The Supplement consists of the following:

1. Exhibit 1: Supplemental Declaration of Lisa Reinshagen and Exhibit A thereto.

2. Exhibit 2: Sample of 2 1500 forms for Exhibit 15(c)(2)

3. Exhibit 3: Sample of 5 1500 forms for Exhibit 39(a)

Dated this 25th day of July, 2018.

Respectfully submitted,

*/s/ Lisa A. Rasmussen*

_____

LISA A. RASMUSSEN, ESQ.

Counsel for Dr. Gregory Belcher

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I manually served a copy of the foregoing: SUPPLEMENT TO GREGORY BELCHER'S MOTION FOR NEW TRIAL – FILED UNDER SEAL- by Federal Express Overnight Mail Addressed to:

Jeffrey Nedrow and Patrick Delahunty
United States Attorney's Office
150 Almaden Blvd. Suite 900
San Jose, CA  95113

Wm. Michael Whelan, Jr.
1000 Brannan Street, Suite 400
San Francisco, CA  94103

Dated:  7/25/18                                     */s/ Lisa A. Rasmussen*

_____

Lisa A. Rasmussen, Esq