UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VILASINI GANESH and<br>GREGORY BELCHER,<br><br>　　　　　Defendants. | Case No. 16-CR-00211-LHK-2<br><br>**ORDER DENYING DEFENDANT BELCHER'S SECOND MOTION FOR NEW TRIAL**<br><br>Re: Dkt. No. 490 |

　　The Court entered judgment as to Defendant Belcher on April 6, 2018. ECF No. 406. Then, on April 13, 2018, Defendant Belcher filed a notice of appeal. ECF No. 413. Specifically, Defendant Belcher appealed his conviction and sentence. *See id.* As a result, the Court lacks jurisdiction over Defendant Belcher's second motion for new trial that was filed on July 24, 2018. ECF No. 490. Accordingly, the Court DENIES that motion for lack of jurisdiction. *See* Fed. R. Crim. P. 37(a) (stating that if a motion "is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending," the court may "deny the motion").

**IT IS SO ORDERED.**

Dated: August 17, 2018

_____
LUCY H. KOH
United States District Judge